**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| TRUTH TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  1:17-cv-0833 (LO/JFA) |
| v. ) | |
| ) | |
| JONATHAN ARNOLD, et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE TO *PRO SE* AND UNREPRESENTED DEFENDANTS**

*PRO SE* DEFENDANTS: Jonathan Arnold; James Hughes; Patrick Brannen; Chandra Mouli,  a/k/a Chandramouli Gangabai/Natarajan; Keith Fritz; Andrew Puckette; and Diane Ackerman a/k/a Diane Rudnet; and UNREPRESENTED DEFENDANTS: eSpear Founding Partners I LLC; eSpear Founding Partners II LLC; eSpear Founding Partners III LLC; eSpear Founding Partners IV LLC; eSpear LLC; and eSpear Management Partners LLC ARE HEREBY NOTIFIED:

1. On July 21, 2017, Truth Technologies, Inc. ("TTI") filed a Verified Complaint against you in this case.

2. TTI has also filed an Emergency Motion for Temporary Restraining Order and a Preliminary Injunction (the "Motion").

3. If the Motion is granted, your legal rights will be affected, as you will be prohibited from engaging in certain conduct, as described in the Motion.

4. You should obtain legal counsel to represent you in this lawsuit.

5. TTI is seeking to have its Motion heard by the Court on **Tuesday, August 1, 2017**, at a time to be determined by the Court.  Once a specific hearing date and time is set by the

Court, TTI will provide additional notice of the hearing date to all affected parties.

6. You are entitled to file a response opposing the Motion. Any such response must be filed prior to the hearing on the Motion. TTI does not oppose your filing a response opposing the Motion prior to the hearing.

7. The Court may enter an Order temporarily restraining you from certain conduct if you do not file a response.

8. You are also entitled to file a legal brief in opposition to the one filed by TTI.

9. You or your counsel should appear at the hearing and present any arguments you have as to why the Motion should not be granted.

Dated: July 24, 2017                            Respectfully submitted,

**TRUTH TECHNOLOGIES, INC.**
**By Counsel**

_/s/_
David L. Greenspan (VSB # 45420)
Nicholas D. SanFilippo (VSB No. 79018)
**McGuireWoods LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102-4215
Telephone: 703.712.5096 (D. Greenspan)
Direct Fax: 703.712.5214 (D. Greenspan)
Telephone: 703.712.5378 (N. SanFilippo)
Direct Fax: 703.712.5220 (N. SanFilippo)
dgreenspan@mcguirewoods.com
nsanfilippo@mcguirewoods.com

John J. Michels (*pro hac vice* application forthcoming)
Judith S. Sherwin (*pro hac vice* application forthcoming)
**Lewis Brisbois Bisgaard & Smith**
550 West Adams Street, Suite 300
Chicago, IL 60661
Telephone: 312.345.1718
john.michels@lewisbrisbois.com
judith.sherwin@lewisbrisbois.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 24, 2017, I filed the foregoing with the Clerk of the Court via the Court's CM/ECF system. I further certify that on July 24, 2017, a true copy of this filing will be served upon the following parties via private process server, electronic mail and/or Federal Express:

| | | |
|---|---|---|
| Jonathan Arnold<br>19004 Panther Court<br>Leesburg, VA  20176<br>jarnoldtti@gmail.com | James Hughes<br>1 Somerset Lane<br>St. James, NY  11780<br>jtmhughes@gmail.com | Patrick Brannen<br>2432 Raven Hollow Road<br>State College, PA  16801<br>pbrannen@gmail.com |
| Chandra Mouli a/k/a<br>Chandramouli GangbaiNatarajan<br>435 Karelian Street<br>Danville, CA  04506 | Keith Fritz<br>8523 Via Serena<br>Boca Raton, FL  33433 | Andrew Puckette<br>25122 Magnetite Terrace<br>Aldie, VA  20105 |
| Diane Ackerman<br>a/k/a Diane Rudnet<br>562 East Kings College Drive<br>St. Johns, FL  32259 | eSpear Founding Partners I LLC<br>c/o Registered Agent<br>Agents and Corporations, Inc.<br>1201 Orange Street, Suite 600<br>One Commerce Center<br>Wilmington, DE  19801 | eSpear Founding Partners II LLC<br>c/o Registered Agent<br>Agents and Corporations, Inc.<br>1201 Orange Street, Suite 600<br>One Commerce Center<br>Wilmington, DE  19801 |
| eSpear Founding Partners III LLC<br>c/o Registered Agent<br>Agents and Corporations, Inc.<br>1201 Orange Street, Suite 600<br>One Commerce Center<br>Wilmington, DE  19801 | eSpear Founding Partners IV LLC<br>c/o Registered Agent<br>Agents and Corporations, Inc.<br>1201 Orange Street, Suite 600<br>One Commerce Center<br>Wilmington, DE  19801 | eSpear LLC<br>c/o Registered Agent<br>Agents and Corporations, Inc.<br>1201 Orange Street, Suite 600<br>One Commerce Center<br>Wilmington, DE  19801 |
| eSpear Management Partners LLC<br>c/o Registered Agent<br>Agents and Corporations, Inc.<br>1201 Orange Street, Suite 600<br>One Commerce Center<br>Wilmington, DE  19801 | | |

  /s/<br>
Nicholas D. SanFilippo (VSB No. 79018)<br>
*Counsel for Plaintiff*<br>
**McGuireWoods LLP**<br>
1750 Tysons Boulevard, Suite 1800<br>
Tysons, Virginia 22102-4215<br>
Telephone:  703.712.5378 (N. SanFilippo)<br>
Direct Fax:  703.712.5220 (N. SanFilippo)<br>
nsanfilippo@mcguirewoods.com