IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __17-cv-00833 (LO) (JF)__, Case Name __Truth Technologies, Inc. v. Arnold, et al.__
Party Represented by Applicant: __Defendants, Jonathan Arnold, James Hughes, eSpear LLC__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Dan Jeremy Schulman__
Bar Identification Number __2034692__ State __NY__
Firm Name __THe Schulman Law Firm LLP__
Firm Phone # __646.225-6600__ Direct Dial # __646.688-5214__ FAX # __646.304-1117__
E-Mail Address __djs@djslf.com__
Office **Mailing** Address __11 Broadway, Suite 615, New York, NY 10004__

Name(s) of federal court(s) in which I have been admitted __SDNY, EDNY, 2d Cir, 9th Cir, ND Ca, US SCT. [Also PA inactive #315084]__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Susan R. Podolsky                              7/31/17
(Signature)                                         (Date)
Susan R. Podolsky                                   27891
(Typed or Printed Name)                             (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

(Judge's Signature)                                 (Date)