**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **Truth Technologies, Inc.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:17-cv-833 (LO/JFA) |
| ) | |
| **Jonathan Arnold,** *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

Statement Pursuant to Local Civil Rule 7.1

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Mgistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for defendants eSpear LLC, eSpear Founding Partners I LLC, eSpear Founding Partners II LLC, eSpear Founding Partners III LLC, and eSpear Founding Partners IV LLC, in the above-captioned action, certifies as follows:

None of the entity defendants (or any affiliate, parent, or subsidiary) has issued stock or debt securities to the public, and no publicly held entity owns 10% or more of any entity defendant.

James Hughes is the sole member of eSpear Founding Partners I LLC, eSpear Founding Partners II LLC, eSpear Founding Partners III LLC, and eSpear Founding Partners IV LLC.

Jonathan Arnold and James Hughes are the sole members of eSpear Management Partners LLC.

The members of eSpear LLC are:

eSpear Management Partners LLC
E. Craig Asche
Virginia S. Bauer
Alicia Cummings
John Cummings
Peter Davis
John Eager
Eileen Fitzgerald Revocable Trust
Valerie Jo Friedman
Mark Friedman
James Greenberg
IPGL Limited
William P. Jones Jr.
Paul S. Mashikian
Craig Robertson
Tamara Robertson
Seth Robbins
David Rosenfield
Richard Taney
Rock Solid Capital LLC [sole member: Steve Hornstein]
Boris Tiomkin
David Tiomkin

3

Dated: August 2, 2017                              By:   /s/ Susan R. Podolsky

           Susan R. Podolsky
           Virginia Bar No. 27891
           Law Offices of Susan R. Podolsky
           1800 Diagonal Road
           Suite 600
           Alexandria, VA 22314
           Tel:  571.366.1702
           Fax:  703.647.6009
           spodolsky@podolskylaw.com

           Dan Jeremy Schulman (*pro hac vice*
           application pending)
           The Schulman Law Firm LLP
           11 Broadway
           Suite 615
           New York, NY 10004
           Tel:  646,688.5214
           Fax: 646.304.1117
           djs@djslf.com

           *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

      /s/ Susan R. Podolsky
Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Counsel for Defendants*