**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| **Truth Technologies, Inc.,** | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No.: 1:17-cv-833 (LO/JFA) |
| **Jonathan Arnold,** *et al.,* | ) ) ) |  |
| Defendants. | ) ) |  |

**MOTION TO SEAL PORTIONS OF THE DECLARATION OF
JAMES HUGHES AND EXHIBIT 2 TO THE DECLARATION
OF JONATHAN ARNOLD**

Pursuant to Local Rule 5, Defendants move this Court for entry of an Order permitting the filing under seal of certain documents filed today in Opposition to Plaintiff's Motion for a Temporary Restraining Order (ECF No. 3): (1) portions of the Declaration of James Hughes and (2) Exhibit 2 to the Declaration of Jonathan Arnold.

A memorandum in support of this motion is being filed separately.

Dated: August 2, 2017 By: \_\_/s/ Susan R. Podolsky\_\_

    Susan R. Podolsky
    Virginia Bar No. 27891
    Law Offices of Susan R. Podolsky
    1800 Diagonal Road
    Suite 600
    Alexandria, VA 22314
    Tel:  571.366.1702
    Fax:  703.647.6009
    spodolsky@podolskylaw.com

    Dan Jeremy Schulman (*pro hac vice*
    application pending)
    The Schulman Law Firm LLP
    11 Broadway
    Suite 615
    New York, NY 10004
    Tel:  646,688.5214
    Fax: 646.304.1117
    djs@djslf.com

    *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

      /s/ Susan R. Podolsky
Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Counsel for Defendants*