# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

|  |  |
|---|---|
| **Truth Technologies, Inc.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:17-cv-833 (LO/JFA) |
| ) | |
| **Jonathan Arnold,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION TO SEAL PORTIONS OF THE DECLARATION OF JAMES HUGHES AND EXHIBIT 2 TO THE DECLARATION OF JONATHAN ARNOLD

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 5, Defendants move this Court for entry of an Order permitting the filing under seal of certain documents filed today in Opposition to Plaintiff's Motion for a Temporary Restraining Order (ECF No. 3): (1) portions of the Declaration of James Hughes and (2) Exhibit 2 to the Declaration of Jonathan Arnold.

A memorandum in support of this Motion is being filed separately. Any person or party wishing to object or support this Motion may submit memoranda in support or in opposition within seven days after the filing of this Motion. In particular, any person objecting to this Motion must file an objection with the Clerk within seven days after the filing of this Motion. If no objections are timely filed, the Court may treat the Motion as uncontested.

Dated: August 2, 2017     By:   /s/ Susan R. Podolsky

    Susan R. Podolsky
    Virginia Bar No. 27891
    Law Offices of Susan R. Podolsky
    1800 Diagonal Road
    Suite 600
    Alexandria, VA 22314
    Tel:  571.366.1702
    Fax:  703.647.6009
    spodolsky@podolskylaw.com

    Dan Jeremy Schulman (*pro hac vice*
    application pending)
    The Schulman Law Firm LLP
    11 Broadway
    Suite 615
    New York, NY 10004
    Tel:  646,688.5214
    Fax: 646.304.1117
    djs@djslf.com

    *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

       /s/ Susan R. Podolsky
Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Counsel for Defendants*