# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| TRUTH TECHNOLOGIES, | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **MOTION HEARING** |
| JONATHAN ARNOLD, et al. | | Case No. 1:17CV833 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell |
|---|---|---|
| Deputy Clerk: Amanda | Hearing Began: | 10:53 a.m. |
| Proceeding Held: August 4, 2017 | Hearing Ended: | 12:11 p.m. |

**Appearances:**

| **Plaintiff(s):** | Nicholas SanFilippo, John Michels |
|---|---|
| | |
| **Defendant(s):** | Susan Podolsky, Dan Schulman |

[3] Plaintiff's Emergency Motion for TRO
[6] Plaintiff's Emergency Motion for Preliminary Injunction

- Court addresses request to deny pro hac application.
- Mr. Michels presents argument.
- Mr. Schulman presents argument.
- Mr. Michels responds.
- Mr. Schulman replies.
- Court denies motion for preliminary injunction.
- Order to follow.
- Court grants defendant's request for extension of time.