IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRUTH TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONATHAN ARNOLD, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Civil No. 1:17-cv-833 <br> Hon. Liam O'Grady <br> Hon. John F. Anderson |

**ORDER**

This matter comes before the Court on Plaintiff Truth Technologies, Inc.'s ("TTI") emergency motions for a temporary restraining order (Dkt. No. 3) and for a preliminary injunction (Dkt. No. 6). In support of its motion, TTI filed numerous exhibits and declarations. Instead of a formal brief, Defendants filed three declarations in opposition to the motion. Plaintiff responded with two supplemental declarations. The Court reviewed these filings and held oral argument on August 4, 2017. For the reasons stated in open court, and for good cause shown, Plaintiffs motions are hereby **DENIED**. Defendants shall have until September 1, 2017 to respond to the Complaint.

It is **SO ORDERED**.

/s/ Liam O'Grady
Liam O'Grady
United States District Judge

August 4, 2017
Alexandria, Virginia