IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUTH TECHNOLOGIES INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17cv0833 (LO/JFA) |
| ) | |
| JONATHAN ARNOLD, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

This matter is before the court on defendants' motion to file under seal portions of the declaration of James Hughes and exhibit 2 to the declaration of Jonathan Arnold. (Docket no. 26). The motion to seal was filed on August 3, 2017, along with a notice of filing under seal (Docket no. 28). The memorandum in support of the motion to seal (Docket no. 27) states that these materials are being filed under seal because the plaintiff designated them as confidential. Pursuant to Local Civil Rule 5(C), the party designating material as confidential (the plaintiff in this instance) was required to file a response supporting the filing of the material under seal complying with the requirements of Local Civil Rule 5(C)(2–4) within seven days. No response has been filed by the plaintiff to support the filing of these materials under seal.

Having reviewed the materials that have been filed under seal and taking into consideration the age of the materials, the defendants' belief that the materials do not comply with the applicable standards as set forth by the Fourth Circuit in *Va. Dep't of State Police v. Washington Post*, 386 F.3d 567 (4th Cir. 2004) for filing materials under seal, and the fact that plaintiff has not filed a response in support of having these materials filed under seal, it is hereby

ORDERED that the motion to seal is denied and the defendants shall file an unredacted version of the Hughes declaration and exhibit 2 to the Arnold declaration in the public record.

Entered this 11th day of August, 2017.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia