**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

---

TRUTH TECHNOLOGIES INC.,

           Plaintiff,

    v.

JONATHAN ARNOLD, et al.,

           Defendants.

Case No. 17-cv-00833 (LO)(JFA)

---

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of this Court, defendants in the above-captioned action, through their undersigned counsel, move this Court for entry of an order of dismissal.  The grounds for this motion are fully set forth in the accompanying memorandum of law.

September 1, 2017

Respectfully submitted,

**LAW OFFICES OF SUSAN R. PODOLSKY**

/s/ Susan R. Podolsky
Susan R. Podolsky
Virginia Bar No. 27891
1800 Diagonal Road Suite 600
Alexandria, Virginia 22314
Tel: 571.366.1702
Fax:  703.647.6009
spodolsky@podolskylaw.com

**THE SCHULMAN LAW FIRM LLP**
Dan J. Schulman (Admitted *pro hac vice*)
11 Broadway Suite 615
New York, New York 10004
Tel:  646. 225.6600
Fax:  646.304.1117
djs@djslf.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s/ Susan R. Podolsky
Susan R. Podolsky
Virginia Bar No. 27891
1800 Diagonal Road Suite 600
Alexandria, Virginia 22314
Tel: 571.366.1702
Fax:  703.647.6009
spodolsky@podolskylaw.com