**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

TRUTH TECHNOLOGIES INC.,

       Plaintiff,

  v.

JONATHAN ARNOLD, et al.,

       Defendants.

Case No. 17-cv-00833 (LO)(JFA)

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that the Court will hold a hearing on Defendants' Motion to Dismiss on September 29, 2017 at 10:00 a.m.

September 1, 2017

Respectfully submitted,

**LAW OFFICES OF SUSAN R. PODOLSKY**

/s/ Susan R. Podolsky
Susan R. Podolsky
Virginia Bar No. 27891
1800 Diagonal Road Suite 600
Alexandria, Virginia 22314
Tel: 571.366.1702
Fax: 703.647.6009
spodolsky@podolskylaw.com

**THE SCHULMAN LAW FIRM LLP**

Dan J. Schulman (Admitted *pro hac vice*)
11 Broadway Suite 615
New York, New York 10004
Tel: 646.225.6600
Fax: 646.304.1117
djs@djslf.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s/ Susan R. Podolsky
Susan R. Podolsky
Virginia Bar No. 27891
1800 Diagonal Road Suite 600
Alexandria, Virginia 22314
Tel: 571.366.1702
Fax: 703.647.6009
spodolsky@podolskylaw.com