**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

TRUTH TECHNOLOGIES INC.,

        Plaintiff,                          Case No. 1:17-cv-00833 (LO)(JFA)

     v.

JONATHAN ARNOLD, et al.,

        Defendants.

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure and Rule

7 of the Local Rules of this Court, defendants in the above-captioned action, through their

undersigned counsel, move this Court for entry of an order of dismissal.  The grounds for this

motion are fully set forth in the accompanying memorandum of law.

September 29, 2017                     Respectfully submitted,

                               **LAW OFFICES OF SUSAN R. PODOLSKY**

                               /s/ Susan R. Podolsky
                               Susan R. Podolsky
                               Virginia Bar No. 27891
                               1800 Diagonal Road Suite 600
                               Alexandria, Virginia 22314
                               Tel: 571.366.1702
                               Fax:  703.647.6009
                               spodolsky@podolskylaw.com

                               **THE SCHULMAN LAW FIRM LLP**
                               Dan J. Schulman (Admitted *pro hac vice*)
                               11 Broadway Suite 615
                               New York, New York 10004
                               Tel:  646. 225.6600
                               Fax:  646.304.1117
                               djs@djslf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s/ Susan R. Podolsky
Susan R. Podolsky
Virginia Bar No. 27891
1800 Diagonal Road Suite 600
Alexandria, Virginia 22314
Tel: 571.366.1702
Fax:  703.647.6009
spodolsky@podolskylaw.com