# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| **TRUTH TECHNOLOGIES INC.,** | | |
| --- | --- | --- |
| | Plaintiff(s), | |
| v. | | |
| | | **MOTION HEARING** |
| **JONATHAN ARNOLD, et al.** | | Case No. 1:17CV833 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell |
| --- | --- | --- |
| Deputy Clerk: Amanda | Hearing Began: | 2:21 p.m. |
| Proceeding Held: October 27, 2017 | Hearing Ended: | 2:53 p.m. |

**Appearances:**

| **Plaintiff(s):** | Nick SanFilippo, John Michaels |
| --- | --- |
| | |
| **Defendant(s):** | Susan Podolsky, Dan Schulman |

[56] Defendant's Motion to Dismiss Amended Complaint

- Mr. Schulman presents argument.
- Mr. Michaels presents argument.
- Mr. Schulman responds.
- Court takes matter under advisement.